ROBINSON ET AL. *v.* JOHNSON ET AL.

No. 67. Decided May 5, 1969.

*William G. Clark,* Attorney General of Illinois, *Thomas E. Brannigan,* Assistant Attorney General, *John J. Stamos,* and *Daniel P. Coman* for appellants.

PER CURIAM.

The judgment is affirmed.

MR. JUSTICE BLACK dissents for the reasons given in the dissenting opinion of THE CHIEF JUSTICE in *Shapiro* v. *Thompson, ante,* p. 644.

MR. JUSTICE HARLAN dissents for the reasons given in his dissenting opinion in *Shapiro* v. *Thompson, ante,* p. 655.